UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

WILLIAM B. FITZSIMMONS,

          Plaintiff,

    v.

TRACY MURGER, *et al*.

          Defendant.

CASE NO.  C10-5494RBL/JRC

ORDER DENYING ALL PENDING MOTIONS

    This Civil Rights Action has been referred to United States Magistrate Judge J. Richard Creatura pursuant to 28 U.S.C. § 636(b)(1)(A) and (B), and Local Magistrate Judge's Rule MJR3 and MJR4.  In light of the Report and Recommendation to deny in forma pauperis status and dismiss this action, all pending motions are DENIED.

    The Clerk is directed to send plaintiff a copy of this Order.

    DATED this 9th day of September, 2010.

J. Richard Creatura
United States Magistrate Judge

ORDER - 1