# United States District Court

WESTERN DISTRICT OF WASHINGTON

WILLIAM B. FITZSIMMONS,

JUDGMENT IN A CIVIL CASE

v.

No. 10-5494RBL/JRC

TRACY MURGER, et al.,

    **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

 X   **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

    THE COURT HAS ORDERED THAT

(1)     The Court adopts the Report and Recommendation; and

(2)     Plaintiff's motion to proceed in forma pauperis is DENIED and this action is DISMISSED WITH PREJUDICE as FRIVOLOUS.

| October 13, 2010 | WILLIAM M. McCOOL |
|---|---|
| Date | Clerk |
| | *s/Mary Trent* |
| | Deputy Clerk |